**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Shawna McDaniels v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11484-DRH |
| *Rita McDonough v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13078-DRH |
| *Tina McLean, et al. v. Bayer Corporation, et al.* | No. 13-cv-10285-DRH |
| *Connie Miller v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12486-DRH |
| *Daiquirie Murley v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13088-DRH |
| *Erica Nasto v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12327-DRH |
| *Tracy Nelson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10309-DRH |
| *Rebecca M. Newell-Orwig v. Bayer. Corporation, et al* | No. 12-cv-10773-DRH |
| *Melissa O'Gara v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11784-DRH |
| *Mary Biddle O'Neill v. Bayer Corporation, et al.* | No. 10-cv-10318-DRH |
| *Crista Pacetti v. Bayer Corporation, et al.* | No. 12-cv-11061-DRH |
| *Kimberly Peerson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13016-DRH |
| *Michelle Reid v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12581-DRH |
| *Laura Robinson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12956-DRH |

*Brandi Rodgers v. Bayer HealthCare Pharmaceuticals Inc., et al.*          No. 10-cv-11684-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**    These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on April 15, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,
ACTING CLERK OF COURT**

BY:   /s/*Caitlin Fischer*
**Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.04.15
15:40:25 -05'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT

2